Carocci, Appellant, *v.* Piccone et ux.

Argued November 11, 1948. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

94

*Samuel I. Sacks,* with him *Isadore Gottlieb,* for appellant.

*Edward Unterberger,* for appellees.

PER CURIAM, January 3, 1949:
The order of the court below is affirmed on the opinion of Judge FLOOD.